**832 KROLICK ET AL. vs. CIRCUIT JUDGE (Bay), No. 15665.**

To dissolve a preliminary injunction issued out of the Circuit Court for the County of Bay, at the instance of one Miller, restraining relators "from taking possession of, or intermeddling with" a certain stock of goods upon which relators held chattel mortgages, which stock of goods relators had replevined from the sheriff of Sanilac County, who had seized the same upon a writ of attachment sued out by Miller in that county.

The goods had not been delivered to relators in the replevin case, but were in the hands of the coroner, who declined to deliver them because of the injunction, although relators had given a sufficient bond. The bill does not charge fraud but alleges that it will be several months before complainant can get judgment in the attachment case, and that she fears that relators will, unless restrained, take the stock, foreclose the mortgage and sell the goods.

Granted July 1, 1896, with costs.

Relators insisted that courts of equity will not grant an injunction in aid of an attachment upon personality, Rollins vs. Van Baalen, 56 M., 615; nor in aid of a levy upon personality, Stoddard vs. McLane, 56 M., 11; and that the injunction in the present case operates as an interference by the Bay Circuit Court with the process of the Sanilac Court, Barnum W. & I. Wks. vs. Circuit Judge, 59 M., 272 (825).